[Civil No. 81.  Filed March 8, 1894.]

[36 Pac. 209.]

TERRITORY OF ARIZONA, Plaintiff and Respondent, v.
WILLIAM R. EVANS, Defendant and Appellant.

1. CRIMINAL LAW—INDICTMENT—ASSAULT WITH INTENT TO COMMIT
   MURDER—ASSAULT WITH DEADLY WEAPON—SUFFICIENCY OF INDICT-
   MENT FOR FORMER OFFENSE TO SUSTAIN CONVICTION FOR LATTER—
   WEST v. TERRITORY, ANTE, P. 212 FOLLOWED.—In an indictment
   charging appellant with "an assault to commit murder" the crime
   was designated "felony," and the kind of instrument or weapon
   with which the assault was made was described, and the mode and
   manner in which it was used.  As described and used, the weapon
   was a deadly weapon.  Under the indictment, a verdict was properly
   returned finding appellant guilty of an assault with a deadly
   weapon.  Following *West* v. *Territory, supra.*

APPEAL from a judgment of the District Court of the
Fourth Judicial District in and for the County of Yavapai.
John J. Hawkins, Judge.  Affirmed.

Reese M. Ling, for Appellant.

Francis J. Heney, Attorney-General, for Respondent.

ROUSE, J.—Appellant was indicted and tried for the crime
of "an assault to commit murder," and a verdict was re-
turned, finding him guilty of "an assault with a deadly
weapon."  Judgment was pronounced against appellant on
said verdict, and he contends that he was found guilty of a
crime not charged in the indictment, and asks for a reversal
of the judgment for that reason.  In the indictment the crime
was designated as a "felony," and the kind of instrument or
weapon with which the assault was made was described and
the mode in which it was used.  As described and used, the
weapon was a deadly weapon.  The facts of this case make the
decision in the case of *West* v. *Territory* (decided at this term)
*ante,* p. 212, 36 Pac. 207, applicable.  The judgment of the
district court should be affirmed, and is so ordered.

Baker, C. J., and Sloan, J., concur.